```
APRIL DENISE MCGEE              KASHABLE LLC
3500 N 7TH ST                   ATTN: BANKRUPTCY DEPT
OCEAN SPRINGS, MS 39564         489 5TH AVE
                                NEW YORK, NY 10017


THOMAS C. ROLLINS, JR.          MARINER FINANCE
THE ROLLINS LAW FIRM, PLLC      ATTN: BANKRUPTCY
P.O. BOX 13767                  8211 TOWN CENTER DRIVE
JACKSON, MS 39236               NOTTINGHAM, MD 21236


ACIMA                           MOHELA
9815 S MONROE ST                633 SPIRIT DRIVE
SANDY, UT 84070                 CHESTERFIELD, MO 63005


AIDVANTAGE                      NELNET
PO BOX 300001                   ATTN: CLAIMS
GREENVILLE, TX 75403            PO BOX 82505
                                LINCOLN, NE 68501


COMMUNITY CHOICE                PURCHASING POWER
1204 BIENVILLE BLVD             1375 PEACHTREE STREET
STE 1                           SUITE 500
OCEAN SPRINGS, MS 39564         ATLANTA, GA 30309


CREDIT ONE BANK                 REGIONAL FIN
6801 CIMARRON RD                979 BATESVILLE RD
LAS VEGAS, NV 89113             GREER, SC 29651


HANCOCK WHITNEY                 STANDARD MORTGAGE
PO BOX 211269                   701 POYDRAS ST
MONTGOMERY, AL 36121            NEW ORLEANS, LA 70139


HYUNDAI MOTOR FINANCE           TBOM
ATTN: BANKRUPTCY                14600 NORTHWEST
P.O. BOX 20829                  BEAVERTON, OR 97006
FOUNTAIN VALLEY, CA 92728


JORA CREDIT                     WELLS FARGO BANK
P.O. BOX 8407                   ATTN: BANKRUPTCY
PHILADELPHIA, PA 19101          P.O.BOX 393
                                MINNEAPOLIS, MN 55480
```