United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51572-KMS
April Denise McGee     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 1
Date Rcvd: Oct 23, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Denise McGee, 3500 N 7th St, Ocean Springs, MS 39564-8680 |
| | + | Huntington Ingalls, P O Box 149, Pascagoula, MS 39568-0149 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor April Denise McGee trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 3

_____



**SO ORDERED,**

*Judge Katharine M. Samson*
**United States Bankruptcy Judge**
**Date Signed: October 23, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN THE MATTER OF:**                                                                                                 **CHAPTER 13**

**APRIL DENISE MCGEE**                                                                       Case No. 25-51572-KMS
**S.S.N. XXX-XX-8363**

### ORDER DIRECTING EMPLOYER TO DEDUCT FROM DEBTOR(S) WAGES

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan. The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**HUNTINGTON INGALLS**
**P O BOX 149**
**PASCAGOULA, MS 39568**

is directed to deduct from Debtor's wages the sum of **$3,535.00 PER MONTH BEGINNING IMMEDIATELY.**

***THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY)***

The deducted funds are to be paid to Debtor(s) Case Trustee:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

*Please notate the Debtor's name and case number on the payment to the Trustee.*
The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor(s)

**##END OF ORDER##**