# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51572   **Case Name:** April Denise McGee
**Set:** 01/08/2026 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)