United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51572-KMS
April Denise McGee  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Jan 05, 2026     Form ID: n031     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Denise McGee, 3500 N 7th St, Ocean Springs, MS 39564-8680 |
| 5578306 | + | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5578308 | + | Community Choice, 1204 Bienville Blvd, Ste 1, Ocean Springs, MS 39564-2938 |
| 5578310 | + | Hancock Whitney, PO Box 211269, Montgomery, AL 36121-1269 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5583869 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 05 2026 19:36:00 | Sloan Servicing obo Ascendium Education Solutions, Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 5578307 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 05 2026 19:40:24 | Aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 5580009 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 19:40:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5582297 | + | Email/Text: bkinfo@ccfi.com | Jan 05 2026 19:36:00 | CCF of Mississippi, LLC, 2312 E Trinity Mills Rd. Ste 100, Carrollton TX 75006-1955 |
| 5578309 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 05 2026 19:40:26 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5600103 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 05 2026 19:36:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 5578311 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 05 2026 19:36:00 | Hyundai Motor Finance, Attn: Bankruptcy, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 5578312 | | Email/Text: Bankruptcy@joracredit.com | Jan 05 2026 19:36:00 | Jora Credit, P.O. Box 8407, Philadelphia, PA 19101 |
| 5605720 | | Email/Text: bankruptcy@kashable.com | Jan 05 2026 19:36:00 | Kashable LLC, PO Box 4287, New York, NY 10163 |
| 5578313 | | Email/Text: bankruptcy@kashable.com | Jan 05 2026 19:36:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, New York, NY 10017 |
| 5605520 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 19:40:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5605576 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 05 2026 19:36:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM MD 21236-5034 |
| 5578315 | | Email/Text: EBN@Mohela.com | Jan 05 2026 19:36:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5578314 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 05 2026 19:36:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5578316 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: n031 | Total Noticed: 30 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 05 2026 19:36:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5578317 | + | Email/Text: bankruptcy@purchasingpower.com | Jan 05 2026 19:36:00 | Purchasing Power, 1375 Peachtree Street, Suite 500, Atlanta, GA 30309-3109 |
| 5596543 | + | Email/Text: bankruptcy@purchasingpower.com | Jan 05 2026 19:36:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6199 |
| 5598760 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2026 19:36:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5588563 | | Email/Text: bnc-quantum@quantum3group.com | Jan 05 2026 19:36:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5578791 | + | Email/Text: bankruptcy@regionalmanagement.com | Jan 05 2026 19:36:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5578318 | + | Email/Text: bankruptcy@regionalmanagement.com | Jan 05 2026 19:36:00 | Regional Fin, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5598911 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 05 2026 19:36:00 | Sloan Servicing on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 5578319 | | Email/Text: dbarrett@stanmor.com | Jan 05 2026 19:36:00 | Standard Mortgage Corporation, 701 Poydras Street, 300 Plaza, New Orleans, LA 70139 |
| 5578320 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 05 2026 19:36:00 | Tbom, 14600 Northwest, Beaverton, OR 97006 |
| 5578321 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jan 05 2026 19:40:29 | Wells Fargo Bank, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 5603654 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 05 2026 19:40:29 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

**Name**    **Email Address**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 05, 2026 | Form ID: n031 | Total Noticed: 30 |

Thomas Carl Rollins, Jr
    on behalf of Debtor April Denise McGee trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51572−KMS
**Chapter:** 13

**In re:**

April Denise McGee
3500 N 7th St
Ocean Springs, MS 39564

Notice of Entry of Order Confirming Plan

The Court entered an Order on 01/05/2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 5, 2026                     Danny L. Miller, Clerk of Court