# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

IN RE:

APRIL DENISE MCGEE;

    Debtor.

CHAPTER 13
CASE NO. 25-51572-KMS

## NOTICE OF APPEARANCE

Comes now the undersigned, and Notices her appearance as attorney of record for SWBC Mortgage Corporation in the above referenced matter.

/s/ Kim Putnam
Kimberly Putnam Bar No. 4161
Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
KimberlyP@hwmlawfirm.com
801-355-2886

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on January 27, 2026, to wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

Warren A. Cuntz Jr.
Chapter 13 Trustee
PO Box 3749
Gulfport, MS 39505-3749

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

And by United States Mail, postage prepaid and properly addressed to:

April Denise McGee
3500n 7th St
Ocean Springs, MS 39564

/s/ Kim Putnam
Kimberly Putnam