B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

IN RE: April Denise McGee                             CASE NO. 25-51572-KMS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SWBC Mortgage Corporation | Standard Mortgage Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Cenlar FSB
425 Phillips Blvd.
Ewing, NJ 08618

Court Claim # (if known): 6-2
Amount of Claim: $262,885.86
Date Claim Filed: 12/10/2025

Phone: 609-883-3900
Last Four Digits of Acct #: 2809

Phone: 318-865-6333
Last Four Digits of Acct. #: 0522

Name and Address where transferee payments should be sent (if different from above):
c/o Cenlar FSB
Attention Payment Processing
425 Phillips Blvd.
Ewing, NJ 08618

Phone: 609-883-3900
Last Four Digits of Acct #: 2809

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kimberly D. Putnam                             Date: February 18, 2026
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



PO Box 77404
Ewing, NJ 08628

January 21, 2026

 swbcmortgage.loanadministration.com

 **HOURS OF OPERATION**
**Customer Service:** 8:30 AM - 8:00 PM ET M-F
**Collections Dept.:** 8:00 AM - 9:00 PM ET M-F

APRIL DENISE MCGEE
3500 N 7TH ST
OCEAN SPRINGS MS 39564-8680

 866-913-2954

 Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to:
PO Box 77423, Ewing, NJ 08628

SWBC Mortgage New Loan Number: ███████
Standard Mortgage Corporation Previous Loan Number: █████

## NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan has been transferred, effective January 14, 2026. This means that after this date, a new servicer began collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Standard Mortgage Corporation was collecting your payments.
Standard Mortgage Corporation stopped accepting payments received from you after January 13, 2026.

SWBC Mortgage began accepting payments from you on January 14, 2026.  SWBC Mortgage will collect your payments going forward.

**Send all payments due on or after January 14, 2026 to SWBC Mortgage at this address: PO Box 11733, Newark, NJ 07101-4733.**

If you have any questions for either your previous servicer, Standard Mortgage Corporation or your new servicer SWBC Mortgage, about your mortgage loan or this transfer, please contact them using the information below:

| Previous Servicer: | New Servicer: |
|---|---|
| Standard Mortgage Corporation | SWBC Mortgage |
| Customer Service | Customer Service |
| (800) 448-4190 | 866-913-2954 |
| 701 Poydras Street, #300 Plaza | PO Box 77404 |
| New Orleans, LA 70139-0300 | Ewing, NJ 08628 |

Important note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way: This service will be discontinued.

You should do the following to maintain coverage: Contact your insurance carrier to continue this service.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

The below outlines important information you will need for the transition to SWBC Mortgage:

- You will receive a monthly billing statement which will include a tear-off coupon.  The statement will also include your new loan number and transaction history for the previous month as well as your escrow and loan balances.

- If your monthly payment is automatically deducted from your checking/savings account, this service will be discontinued.  If you would like to begin using our automatic payment service, please complete the enclosed authorization form and return it to the address indicated on the form or by enrolling on https://swbcmortgage.loanadministration.com.  **Because of the required lead time to set up automatic deduction, it will be necessary for you to continue mailing your payments until you are notified when drafting on your loan will begin.**

- If you are currently making your mortgage payment through a third-party entity (e.g. government allotment, biweekly, or bill-pay service), please take the necessary steps to advise them of your new loan number and change the payee to SWBC Mortgage, PO Box 11733, Newark, New Jersey 07101-4733.  In the event of a payment change, it is your responsibility to notify the third party of the new payment amount.

- SWBC Mortgage also offers an alternative way to make your monthly payment called Pay-by phone. This service may include a surcharge. Please contact our Customer Service Department for more details or you may visit the website noted below.

- The application of a partial payment may depend on a number of factors including but not limited to: the



amount of the partial payment, whether your loan is delinquent, the investor of your loan, whether your loan has an escrow account, the number of times a partial payment was received within a 12-month period, whether your loan is, or has been, in the modification process. For any of these reasons, a partial payment may be (1) returned to you, (2) applied to your loan, or (3) accepted but held in a non-interest bearing unapplied funds account until you send us additional funds sufficient to equal a full periodic payment due.

- Please contact your homeowners' insurance company and ask that your "mortgagee" clause be updated to read: **SWBC Mortgage, c/o Central Loan Administration & Reporting, ISAOA, ATIMA**, PO Box 202028, Florence, SC 29502-2028 and have them reference the new loan number.

- Property insurance bills should be mailed to: SWBC Mortgage, c/o Central Loan Administration & Reporting, PO Box 202028, Florence, SC 29502-2028.  Please remember to include your new loan account number on all correspondence.

- At SWBC Mortgage, we always strive to make processes more efficient to simplify your lifestyle.  If you have any questions about the changes we are making prior to January 14, 2026, please contact the Customer Service Representatives toll-free at (800) 448-4190.  Any questions after January 14, 2026, please contact us at 866-913-2954 between 8:30 AM and 8:00 PM, Monday through Friday.  You can also access your loan information 24 hours a day, 7 days a week by logging on to https://swbcmortgage.loanadministration.com.

- In January, two IRS Form 1098 Mortgage Interest Statements will be mailed to you. One will be from your previous servicer, and the other will be from your new servicer, for the time in which we serviced your loan.

- At year end, you will receive two statements of account. One will be from your previous servicer, and the other will be from SWBC Mortgage for the time in which we serviced your loan.

SWBC Mortgage                                                                                                          January 21, 2026



## Automatic Payment (ACH) Authorization

We offer a convenient system that automatically debits your payment from your checking or savings account each month. To take advantage of this **FREE** service, simply complete this form and return it to us using one of the methods below:
**Via Mail: Drafting Department, PO Box 77421, Ewing, NJ 08628.**
**Via Fax: (609) 718-1735.**
For faster processing, you can sign up for monthly Automatic Payments online at
**swbcmortgage.loanadministration.com**.

I/We hereby authorize my/our lender, its successors, assigns, and subservicers to initiate a debit from my/our checking/savings account listed below for my/our recurring scheduled monthly loan payment. If the required payment changes for any reason, this authorization will be automatically amended to authorize the debit of an amount equal to the new required payment plus any optional additional principal that I/we indicate below.

Name:_____

Loan Number:_____

Bank Name:_____

ABA Routing Number:_____

Account Number:_____

Account Type (please  ☐ Checking  ☐ Savings
check one):

**Optional:** In addition to my/our regular payment, please deduct an additional $ _____ **per debit** and apply to the principal.

Please note if you have a Bi-weekly or HELOC loan, you do not need to check a Drafting Date below as your loan must draft on the due date.

Please check the appropriate box for the day you would like your draft to occur. You can choose the due date or any day up to 9 days after the due date.

☐ On the due date   ☐ 1 day after   ☐ 2 days after   ☐ 3 days after   ☐ 4 days after

☐ 5 days after   ☐ 6 days after   ☐ 7 days after   ☐ 8 days after   ☐ 9 days after

**Important Note:** *Please continue making payments by check or online through the website* **swbcmortgage.loanadministration.com** *until you are notified that this authorization has been processed and when the first transfer will occur.*

The authorization to initiate a debit from my/our account will remain in full force and effect until my/our lender receives written notice from me/us of its termination at least 15 business days prior to the next scheduled draft date, or in such manner and time frame as to afford my/our lender and its correspondent bank a reasonable opportunity to act upon it. Termination requests can be mailed or faxed, using the return information in the first paragraph.

Account Holder
Signature:_____   Date:_____

Joint Account Holder
Signature:_____   Date:_____

866-913-2954
swbcmortgage.loanadministration.com



ACI46 October 2020