**Fill in this information to identify the case:**

Debtor 1  April Denise McGee

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case Number 25-51572-KMS

Official Form 410S1

# Notice of Mortgage Payment Change                12/25

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplemental to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** SWBC Mortgage Corporation

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 2809

**Date of payment change:**
Must be at least 21 days after date of this notice     04/01/2026

**New total payment:**
Principal, interest, escrow, if any
*For HELOC payment amounts, see Part 3*     $2,166.22

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 518.26        **New escrow payment:** $ 523.29

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**                **New interest rate:**

   **Current principal and interest payment:**    **New principal and interest payment:**

### Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor`s home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No

   ☐ Yes.

   **Current HELOC payment:**        $_____

   **Reconciliation amount:**        + $_____
                                      - $_____

   **Amount of next payment (including reconciliation amount)**        $_____

   **Amount of the new payment thereafter (without reconciliation amount)**    $_____

Official Form 410S1                 Notice of Mortgage Payment Change                 page 1

### Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   **Current mortgage payment:**                **New mortgage payment:**

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Kim Putnam                                    Date  03/04/2026
  Signature

Print:   Kimberly Putnam                            Title  Attorney at Law
         First Name   Middle Name   Last Name

Company: Halliday, Watkins & Mann, P.C.

         376 East 400 South, Suite 300
         Number    Street

         Salt Lake City, UT 84111
         City           State    Zip Code

Contact Phone  801-355-2886                         Email  info@hwmlawfirm.com

## MAILING CERTIFICATE

The undersigned hereby certifies that on March 4, 2026, a true and correct copy of the foregoing Notice of Mortgage Payment Change was filed via the CM/ECF system and mailed by first class mail, postage prepaid, or via ECF, to each of the following by the method indicated:

| | |
|---|---|
| April Denise McGee<br>3500 N 7th St<br>Ocean Springs, MS 39564<br>Debtor | Thomas Carl Rollins, Jr.<br>Via ECF<br>Attorney for Debtor |
| United States Trustee<br>Via ECF | Warren A. Cuntz T1, Jr.<br>Via ECF<br>Chapter 13 Trustee |

/s/ Kim Putnam

Kimberly Putnam



PO Box 77404
Ewing, NJ 08628
**FORWARDING SERVICE REQUESTED**

APRIL DENISE MCGEE
3500 N 7TH ST
OCEAN SPRINGS MS 39564-8680

# YOUR ESCROW ACCOUNT HAS
## A SURPLUS

02/12/2026                      LOAN NUMBER: 

Each year, we perform an analysis of your escrow account to ensure that there are enough funds to meet the required minimum balance to pay your projected taxes and insurance premiums. If there are more funds in your escrow account than required, it is considered to have a surplus. Your escrow account has a surplus in the amount of **$2,012.73**.

Please be advised, the surplus is based on information currently available. Since taxes, insurance and other expenses can change over time, next year's analysis of your account could result in a surplus, shortage or show you have adequate funds to meet the required minimum balance.

### Why am I not receiving a check?

The surplus is not being released and will remain as part of your escrow balance because your account is past due. The analysis anticipates that all payments have been received up to the effective date, as shown in the **Escrow Account History** section. Should your account become current, your loan will be reviewed again for release of the surplus.

### Your monthly payment may be changing

▷ **AUTOPAY:** If you have elected for us to deduct your monthly payment from your checking or savings account, we will automatically update the payment amount for you.

▷ **ONLINE BILL PAY:** If you make your monthly payment through an online bill pay service, please do not forget to update your payment amount.



PO Box 77404
Ewing, NJ 08628
**FORWARDING SERVICE REQUESTED**

# ANNUAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT

| | |
|---|---|
| Property Address | 3500 N 7TH ST OCEAN SPRINGS MS 39564-8680 |
| Statement Date | 02/12/2026 |
| Loan Number | |
| New Mortgage Payment Amount | $2,166.22 |
| New Payment Effective Date | 05/01/2026 |

APRIL DENISE MCGEE
3500 N 7TH ST
OCEAN SPRINGS MS  39564-8680

## Overview

Each year, we perform an analysis of your escrow account to ensure that there are enough funds to meet the required minimum balance to pay your projected taxes and insurance premiums. This Annual Escrow Account Disclosure Statement details our findings.

▷ **Results of Our Analysis:** You have a SURPLUS. Your escrow account balance is expected to rise above the required minimum balance.

▷ **What This Means for You:** Your surplus is not being released and will remain part of your escrow balance because your account is past due.

▷ **Your Future Monthly Payment:** Your payments will **increase**, based on our escrow analysis projections for the next calendar year.

Your escrow account has a surplus in the amount of

## $2,012.73

## Why do I have a surplus?

Below is a summary of your recent escrow activity. For more information about why your taxes or insurance premium adjusted, please contact your taxing authority or your insurance company.

For more details on how any insurance and/or tax adjustments will affect your future payments, please see the **Escrow Account Projections** section.

### Annual Escrow Review

| Escrow Item | Expected to Pay | Change | Now Expect to Pay |
|---|---|---|---|
| INSURANCE | $3,626.00 | | $3,626.00 |
| HAZARD INS | | | $3,626.00 |
| TAXES | $1,270.28 | | $1,270.28 |
| R.E. TAX | | | $1,270.28 |
| MORTGAGE INSURANCE | $1,383.12 | | $1,383.12 |
| TOTAL DISBURSEMENTS | $6,279.40 | | $6,279.40 |

### Monthly Payment Comparison

| Payment Itemization | Current 07/01/2025 | New 05/01/2026 |
|---|---|---|
| Principal and Interest | $1,642.93 | $1,642.93 |
| Escrow Deposit | $518.26 | $523.29 |
| Total Payment | $2,161.19 | $2,166.22 |

## How was my surplus determined?

A surplus occurs when your lowest projected escrow balance is greater than your required minimum balance. This is determined by simply subtracting the **Required Minimum Balance** from the lowest **Projected Escrow Balance**, as highlighted in the **Escrow Account Projections** section.

Your required minimum balance is determined by federal law, state law and your loan contract and includes a payment cushion of up to two months of escrow payments to help cover any increase in taxes and/or insurance.

Your current payment cushion is **$816.05.**

GN

| | |
|---|---|
| **REQUIRED MINIMUM BALANCE** | **$816.05** |
| Balance 05/2026 | |
| **ESCROW SURPLUS** | **$2,012.73** |






YOUR ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
LOAN NUMBER: 

PAGE 2 / 4

## Escrow Account History

This section is the actual activity that occurred from 01/2026 through 03/2026. It represents the period of time between the last analysis statement date and the last analysis effective date.

| MONTH | Actual Escrow PAYMENTS | Actual Escrow DISBURSEMENTS | Actual Escrow DESCRIPTION | BALANCE |
|---|---|---|---|---|
| | | | BEGINNING BALANCE | -$957.22 |
| Feb 2026 | | $115.26 | FHA MIP | -$1,072.48 |

### Escrow account activity from April 2026 to April 2026
This section details your actual escrow account activity for the review period, which may help explain any changes to your payment.

| Date | DEPOSITS TO ESCROW Projected | Actual | PAYMENTS FROM ESCROW Projected | Actual | Description | ESCROW BALANCE Projected | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | $3,625.99 | $3,476.60 |
| Apr 2026 (estimate) | $523.29 | $523.29 | $115.26 | $115.26 | FHA MIP | $4,034.02 | $3,884.63 |
| May 2026 | $523.29 | * | $115.26 | * | FHA MIP | $4,442.05 | |
| May 2026 | | | $3,626.00 | * | HAZARD INS | $816.05 | |
| Jun 2026 | $523.29 | * | $115.26 | * | FHA MIP | $1,224.08 | |
| Jul 2026 | $523.29 | * | $115.26 | * | FHA MIP | $1,632.11 | |
| Aug 2026 | $523.29 | * | $115.26 | * | FHA MIP | $2,040.14 | |
| Sep 2026 | $523.29 | * | $115.26 | * | FHA MIP | $2,448.17 | |
| Oct 2026 | $523.29 | * | $115.26 | * | FHA MIP | $2,856.20 | |
| Nov 2026 | $523.29 | * | $115.26 | * | FHA MIP | $3,264.23 | |
| Dec 2026 | $523.29 | * | $115.26 | * | FHA MIP | $3,672.26 | |
| Dec 2026 | | | $1,270.28 | * | R.E. TAX | $2,401.98 | |
| Jan 2027 | $523.29 | * | $115.26 | * | FHA MIP | $2,810.01 | |
| Feb 2027 | $523.29 | * | $115.26 | * | FHA MIP | $3,218.04 | |
| Mar 2027 | $523.29 | * | $115.26 | * | FHA MIP | $3,626.07 | |
| Totals | $6,279.48 | $523.29 | $6,279.40 | $115.26 | | | |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable.

The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $6,279.40. Under Federal Law, your lowest monthly balance should not have exceeded $816.05, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount. Under your loan contract and State law your lowest monthly balance should not have exceeded $816.05.

Your actual lowest monthly balance was greater than $816.05. The items with an asterisk on your Account History may explain this. For a further explanation, call our Customer Service number shown at the end of this statement.

## Escrow Account Projections

This section provides an estimate of all payments we anticipate receiving as well as what we expect to pay on your behalf in the next year. The lowest projected balance and required minimum balance are highlighted for reference.

### Escrow account projections from May 2026 to April 2027

| DATE | PAYMENTS TO ESCROW | WHAT WE EXPECT TO PAY | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE | $3,884.63 | $4,034.02 |
| May 2026 | $523.29 | $115.26 | FHA MIP | $4,292.66 | $4,442.05 |
| May 2026 | | $3,626.00 | HAZARD INS | **$666.66** | **$816.05** |
| Jun 2026 | $523.29 | $115.26 | FHA MIP | $1,074.69 | $1,224.08 |
| Jul 2026 | $523.29 | $115.26 | FHA MIP | $1,482.72 | $1,632.11 |

**SWBC Mortgage**

YOUR ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
LOAN NUMBER

PAGE 3 / 4

| DATE | PAYMENTS TO ESCROW | WHAT WE EXPECT TO PAY | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|
| Aug 2026 | $523.29 | $115.26 | FHA MIP | $1,890.75 | $2,040.14 |
| Sep 2026 | $523.29 | $115.26 | FHA MIP | $2,298.78 | $2,448.17 |
| Oct 2026 | $523.29 | $115.26 | FHA MIP | $2,706.81 | $2,856.20 |
| Nov 2026 | $523.29 | $115.26 | FHA MIP | $3,114.84 | $3,264.23 |
| Dec 2026 | $523.29 | $115.26 | FHA MIP | $3,522.87 | $3,672.26 |
| Dec 2026 | | $1,270.28 | R.E. TAX | $2,252.59 | $2,401.98 |
| Jan 2027 | $523.29 | $115.26 | FHA MIP | $2,660.62 | $2,810.01 |
| Feb 2027 | $523.29 | $115.26 | FHA MIP | $3,068.65 | $3,218.04 |
| Mar 2027 | $523.29 | $115.26 | FHA MIP | $3,476.68 | $3,626.07 |
| Apr 2027 | $523.29 | $115.26 | FHA MIP | $3,884.71 | $4,034.10 |
| TOTALS | $6,279.48 | $6,279.40 | | | |

## New Loan Payment

Your new payment consists of:

| | | |
|---|---|---|
| | Principal & Interest (P & I) | $1,642.93 |
| | Escrow Deposit | $523.29 |
| **NEW LOAN PAYMENT** | Beginning on May 01, 2026 | **$2,166.22** |

## Customer Service

swbcmortgage.loanadministration.com

**Live Chat:** Find all your loan information online. Still have questions? Use Live Chat on the website to speak with one of our representatives.

**Correspondence**

PO Box 77423
Ewing, NJ 08628

**Hours of Operation**

8:30 AM - 8:00 PM ET M-F

**Telephone**

866-913-2954

We accept telecommunications relay service calls.

## Important Information

**AUTOPAY HOMEOWNERS**

If you're enrolled in Autopay, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**ADJUSTABLE RATE MORTGAGE CUSTOMERS**

If your loan has an adjustable interest rate, your monthly principal and interest payment may change prior to your next Escrow Analysis.

**INSURANCE RENEWAL/CHANGING INSURANCE**

Upload proof of insurance coverage at www.mycoverageinfo.com/Cen300. Your insurance documents can also be sent to us via the following methods: Email: Cen300@mycoverageinfo.com or mail to: PO Box 202028, Florence, SC 29502-2028.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

# HOW TO READ YOUR
## ANNUAL ESCROW ACCOUNT
### DISCLOSURE STATEMENT

A quick guide to help you understand all your important escrow account information.



### Statement Identifying Information
Look here to find some basics, including your loan number, new mortgage payment amount and new payment effective date.

### Overview
Go here to see whether you have a shortage or surplus (including the amount) or sufficient funds. Learn how any surplus or shortage may be handled, and whether your future monthly payment will increase, decrease or stay the same.

### Summary
This quick summary of your recent escrow activity can help you learn more about why you may have a surplus or shortage. See the difference between what was expected to be paid for taxes and insurance versus what is now expected to be paid for the upcoming period, as well as how your new monthly payment compares to your existing payment.

### Required Minimum Balance
Your required minimum balance, also known as your payment cushion, covers any unanticipated tax or insurance increases. Your projected escrow balance is what we anticipate your lowest balance will be in the next 12 months. The difference between these two amounts will determine whether your account has a surplus or shortage.

### Escrow Account History Summary

Look here to see the details of what was actually paid into and from your account and how your actual account balance compares with what was previously projected.



### Escrow Account Projections

This is where you can find the estimate of all payments we expect to receive from you, and pay out for you, each month over the next year. The highlighted amounts are the lowest projected balance and the required minimum balance amounts used to determine whether you have a shortage or surplus.

The required minimum balance is the minimum acceptable amount in your escrow account over the next 12-month period.

### New Loan Payment

Go here to see a breakdown of your new loan payment amount, which includes your principal and interest, new escrow deposit and, if applicable, any monthly escrow shortage amount that needs to be paid.

### Customer Service

Here's how to get in touch with us for any questions or assistance. Please be sure to include your loan number on all correspondence.



## We're here to help!

 Find everything you need to know by going to **swbcmortgage.loanadministration.com** then selecting your mortgage account.

 For any additional questions, use **Live Chat** to connect directly with an agent.

 To learn more about escrow and what it means to you as a homeowner, please watch this short **video**.

https://bit.ly/3rBEuoV