| Fill in this information to identify the case: |
| --- |
| Debtor 1 __April Denise McGee__ |
| Debtor 2 (Spouse, if filing) _____ |
| United States Bankruptcy Court for the _Southern District of Mississippi_ |
| Case number _25-51572-KMS_ |

## Official Form 410S2

# Notice of Post-Petition Mortgage Fees, Expenses, and Charges   **12/16**

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _SWBC Mortgage Corporation_     **Court claim no.** (if known): _6_

**Last four digits** of any number you use to identify the debtor`s account:      _2809_

**Does this notice supplement a prior notice of post-petition fees, expenses and charges?**

☑ No
☐ Yes. Date of Last Notice: _____ /_____ /_____

| Part 1: | Itemize Post-Petition Fees, Expenses and Charges |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | 01/28/2026 (Plan Review) | (3) | $ 350.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of Claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property Inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. Other. Specify: _____ | | (11) | $ 0.00 |
| 12. Other: Specify: _____ | | (12) | $ 0.00 |
| 13. Other. Specify: _____ | | (13) | $ 0.00 |
| 14. Other. Specify: _____ | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1   April Denise McGee
     First Name     Middle Name     Last Name

Case number (*if known*)  25-51572-KMS

---

### Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖  /s/ Michael Lindsey
     Signature

Date: 07/14/2026

Print:   Michael Lindsey
     First Name    Middle Name    Last Name

Title  Attorney at Law

Company   Halliday, Watkins & Mann, P.C.

3000 Riverchase Galleria, Ste 705
Number     Street

Birmingham, Al 35244
City     State     Zip

Contact Phone  (801) 355-2886

Email  info@hwmlawfirm.com

---

Official Form 410S2          **Notice of Post-Petition Mortgage Fees, Expenses and Charges**          page 2

## MAILING CERTIFICATE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses, and Charges was mailed by first class mail, postage prepaid, or via ECF, this 14th day of July, 2026, to each of the following:

April Denise McGee
3500 N 7th St
Ocean Springs, MS 39564
Debtor

United States Trustee
Via ECF

Thomas Carl Rollins, Jr
Via ECF
Attorney for Debtor

Warren A. Cuntz Jr. Via ECF
Chapter 13 Trustee

/s/ Michael Lindsey



| Invoice Date | Invoice Number |
|---|---|
| 01/28/2026 | |

**HALLIDAY, WATKINS & MANN, P.C.**
ATTORNEYS AT LAW
8851 SOUTH SANDY PARKWAY, SUITE 200
SANDY, UT 84070
801-355-2886
TAX I.D. #▮▮▮▮▮▮▮▮

CENLAR
425 Phillips Boulevard
Ewing, NJ 08618

RE: Cenlar FSB, ▮▮▮▮▮▮▮
vs. April Denise McGee

Property Address: 3500n 7th St, Ocean Springs, MS 39564
OURFILE: MS22991

BILLING SUMMARY:

| FEES | | | |
|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **AMOUNT** |
| 01/28/2026 | Attorney Fee BK MS - Plan Review Recoverable | Yes | $450.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees on this invoice | $450.00 |
| **Total Amount Due** | **$450.00** |

Thank you for the opportunity to be of service.