**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: APRIL DENISE MCGEE** **CHAPTER 13**

**Case No. 25-51572-KMS**

**ORDER DISALLOWING CLAIM NO. 18-1**
**ECMC**

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Claim No. 18-1 filed by ECMC the Court having considered same and finding that no opposition to the Objection has been filed, does hereby find, order and adjudicate as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Trustee's Objection to Claim (Dk. 33) is hereby sustained and Claim No. 18-1 filed by ECMC is hereby disallowed based upon the claim being filed after expiration of the claims bar date and shall not receive payment under Debtor(s) Chapter 13 bankruptcy plan.

##END OF ORDER##

Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P O Box 3749
Gulfport MS 39505
228-831-9531