**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 22, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: APRIL DENISE MCGEE CHAPTER 13

Case No. 25-51572-KMS

ORDER DISALLOWING CLAIM NO. 18-1
ECMC

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Claim No. 18-1 filed by ECMC the Court having considered same and finding that no opposition to the Objection has been filed, does hereby find, order and adjudicate as follows:

IT IS THEREFORE ORDERED AND ADJUDGED that the Trustee's Objection to Claim (Dk. 33) is hereby sustained and Claim No. 18-1 filed by ECMC is hereby disallowed based upon the claim being filed after expiration of the claims bar date and shall not receive payment under Debtor(s) Chapter 13 bankruptcy plan.

##END OF ORDER##

Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P O Box 3749
Gulfport MS 39505
228-831-9531